```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0059--CV (JWS)
              "AMERICAN AUTOMOBILE ASSOC V SUK CHANG LEE"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/25/05
            Closed: 09/15/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (840) Trademark
                    INFRINGING ON TRADEMARK
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/25/05 receipt # 00125336
          Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1           AMERICAN AUTOMOBILE ASSOC        Carl J.D. Bauman
                                                   Hughes Bauman et al
                                                   3900 C Street, Suite 1001
                                                   Anchorage, AK 99503
                                                   907-274-7522

                                                   Richard W. Smith
                                                   McDermott Will et al
                                                   600 Thirteenth Street NW
                                                   Washington, DC 20005
                                                   202-756-8000

DEF 1.1           LEE, SUK CHANG                   No counsel found for this party!

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0059--CV (JWS)
                             "AMERICAN AUTOMOBILE ASSOC V SUK CHANG LEE"

                                         For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/25/05
            Closed: 09/15/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (840) Trademark
                    INFRINGING ON TRADEMARK
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/25/05 receipt # 00125336
          Trial by:


Document #   Filed      Docket text

    1 -  1   03/25/05   Complaint filed; Summons issued.

    2 -  1   04/06/05   PLF 1 Notice of filing proof of service executed on 3/30/05.

    3 -  1   05/31/05   PLF 1 Application for entry of default re: DEF 1 w/att exhs.

    4 -  1   06/01/05   Clerk's Notice entering default as to DEF 1.

    5 -  1   08/10/05   JWS Minute Order directing plf to file mot for dft judg or rpt re: stat
                        of dft judg by 8/26/05. cc: cnsl

    6 -  1   08/24/05   PLF 1 motion for admission of R. Smith pro hac vice w/att decla & exh.

    7 -  1   08/24/05   PLF 1 motion for default judgment w/att exhs.

    8 -  1   08/25/05   JWS Minute Order denying motion for admission of R. Smith pro hac vice
                        (6-1)  w/o prej to renewed mot accompanied by prop ord & payment of pro
                        hac vice fee. cc: cnsl

    9 -  1   08/29/05   PLF 1 motion (renewed) to appear and participate pro hac vice re:
                        Richard Smith w/att exh.

   10 -  1   09/12/05   JWS Order granting mot (renewed) to appear & participate pro hac vice
                        re: Richard Smith (9-1). cc: cnsl, R. Smith

   11 -  1   09/15/05   JWS Default Judgment granting mot for dft judg (7-1); def enjoined from
                        using trademarks; def has 30 days to file rpt w/crt indicating
                        compliance w/judg. cc: cnsl, S. Lee, O&J 11872

   12 -  1   11/02/05   JWS Minute Order advising parties that def has not fld rpt outlined in
                        last paragraph of dft judg; crt will not initiate action. cc: cnsl

   13 -  1   11/10/05   PLF 1 motion for order to show cause w/att decla & exhs.
```