MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 0 1 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

AMERICAN AUTOMOBILE ASSOC.   v.   SUK CHANG LEE

THE HONORABLE JOHN W. SEDWICK   CASE NO.   A05-0059 CV (JWS)

Deputy Clerk                     Official Recorder

Pam Richter

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The motion for an order to show cause at docket 13 has not been opposed. Upon examination, it is found to have merit. Accordingly, the motion at docket 13 is **GRANTED** as follows:

1. Suk Chang Lee, shall appear in person in Courtroom 3, United States Courthouse, 222 W. 7th Ave., Anchorage, Alaska at 8:30 AM on Tuesday, December 27, 2005.

2. Suk Chang Lee, shall come to court on December 27, 2005, prepared to show cause why he should not be held in contempt of court for failure to obey the judgment of the court.

3. American Automobile Association ("AAA") is entitled to recover its reasonable costs and fees incurred in bringing the motion at docket 13. AAA may file a properly supported memorandum requesting costs and fees on or before December 12, 2005.

4. Suk Chang Lee may oppose the amount of AAA's request for costs and fees, but may not oppose its entitlement to recover a reasonable sum, because he failed to oppose the original request contained in the motion at docket 13. Lee's opposition shall be filed prior to December 27, 2005. AAA may not file a reply.

5. Suk Chang Lee and AAA are strongly encouraged to confer and try to resolve this matter by agreement prior to December 27, 2005.

DATE: December 1, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0059--CV (JWS)   12-1-05

C. BAUMAN (HUGHES)
S. LEE