MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

_____AMERICAN AUTOMOBILE ASSOC._____ v. _____SUK CHANG LEE_____

THE HONORABLE JOHN W. SEDWICK     CASE NO. __A05-0059 CV (JWS)__

Deputy Clerk                                     Official Recorder

_Pam Richter_                                    _____

PROCEEDINGS:     **ORDER FROM CHAMBERS**

The court convened a hearing at 8:30 AM on December 27, 2005, pursuant to the order at docket 14. Defendant did not appear. The court called his place of business and spoke to Mr. Kim who advised that Mr. Lee was not in. Mr. Kim agreed to tell Mr. Lee to appear at 10:30 AM on December 27, 2005. Mr. Lee did appear at 10:30 AM.

The court explained to Mr. Lee that he must abide by the terms of the Judgment entered in this case (docket 11). The court extended the time until January 20, 2006, for Mr. Lee to fully comply with the judgment by removing or permanently covering the name AAA on all signs at his place of business, and by destroying all business cards, and other materials using AAA or a similar name in accordance with the judgment. Mr. Lee was also advised that henceforth he may make no effort to obtain any advertising using the name AAA or similar name.

The court extended until January 20, 2006, the time by which Mr. Lee may file a written response to the amount of costs and fees requested by plaintiff American Automobile Association.

The court did not impose sanctions on Mr. Lee on December 27, 2005, but he was WARNED that if he does not now comply with the orders and judgments of this court, he will face serious sanctions.

DATE: __December 27, 2005__

ENTERED AT JUDGE'S DIRECTION
INITIALS: __prr__
Deputy Clerk

A05-0059--CV (JWS)   12-27-05
C. BAUMAN (HUGHES)
S. LEE

17