Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 "C" Street, Suite 1001
Anchorage, AK 99503
Telephone: (907) 274-7522

Richard W. Smith, *Pro Hac Vice*
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, DC 20005
(202) 756-8000

Attorneys for Plaintiff AAA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUK CHANG LEE (d/b/a AAA AUTO BODY & MECHANICAL),<br><br>　　　　Defendant. | Case No. A05-059 CI [JWS]<br><br>**NOTICE TO<br>COURT OF DEFENDANT'S<br>LACK OF COMPLIANCE** |

Plaintiff American Automobile Association ("AAA") hereby advises the court that no report or other communication has been received from the defendant, including no opposition to the pending motion for attorney's fees.

Moreover, visual inspections of the outside of defendant's business on January 25 and February 6, 2006, revealed that defendant has not complied in a satisfactory manner with the court's order to mask his AAA signage. The accompanying color photos (Exhibits 1-5) taken on January 25, 2006, show that the right-hand "A" has been somewhat darkened on the two signs on the outside wall of the building, but is still visible. The other two "A's" remain unchanged. On the free standing lighted sign the middle "A" has been colored yellow. The two outside "A's" on that sign are red. The combined effect still shows three A's. A visual inspection of the signage this afternoon, February 6, confirmed no change since January 25. These results do not comply with the court's oral directions in open court or with the court's written orders.

Defendant should be held in contempt of court, ordered to completely remove or cover each of the "A's" in the three signs advertising his business within 3 business days, and ordered again not to utilize <u>any</u> "A's" in any further advertising whatsoever.

A reasonable award of attorney's fee based on the pending unopposed motion is appropriate to get defendant's attention.

Respectfully submitted,

February 7, 2006.   HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorneys for Plaintiff
  American Automobile Association

By:   /s/ Carl J.D. Bauman
       Carl J.D. Bauman
       Alaska Bar No. 7310038

MCDERMOTT WILL & EMERY LLP
Richard W. Smith, *Pro Hac Vice*
600 13th Street, N.W.
Washington, D.C. 20005

CERTIFICATE OF SERVICE and FONT

   I hereby certify that the foregoing document, prepared substantively in font Arial 13, was served via US Mail, postage prepaid, on:

Suk Chang Lee
341 Boniface Pkwy
Anchorage, AK 99504

   February 7, 2006.

    /s/ Carl Bauman
Carl Bauman