

Exhibit 1 Page 1 of 1
Case No. A05-059 ct (JWS)