

Exhibit 4 Page 1 of 1
Case No. A05-059 CI [JWS]