

Exhibit 5 Page 1 of 1
Case No. A05-059 CI (JWS)