MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*AMERICAN AUTOMOBILE ASSOCIATION*   v.   *SUK CHANG LEE*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:05-cv-00059-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**                Date: February 8, 2006

At docket 15, plaintiff moves for an award of attorney's fees in the amount of $6,009 and costs in the amount of $89.88 incurred in bringing a motion requiring defendant to show cause why he had not complied with the court's judgment requiring defendant to cease using plaintiff's trademark. The court conducted a hearing on December 27, 2005, at which, among other things, the court extended the time for defendant to respond to the motion at docket 15 until January 20, 2006. Defendant has not responded to the motion at docket 15. Upon examination, the motion at docket 15 is found to have merit.

For the reasons above, the motion at docket 15 is **GRANTED** as follows: Defendant Lee shall deliver cash or a check payable to the American Automobile Association in the amount $6,098.88 to counsel for plaintiff on or before **March 3, 2006.**