Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 "C" Street, Suite 1001
Anchorage, AK 99503
Telephone: (907) 274-7522

Richard W. Smith, *Pro Hac Vice*
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, DC 20005
(202) 756-8000

Attorneys for Plaintiff AAA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SUK CHANG LEE (d/b/a AAA AUTO BODY & MECHANICAL),<br><br>Defendant. | Case No. A05-059 CI [JWS]<br><br><br><br>**NOTICE OF<br>DELIVERY OF COURT'S<br>ORDER ON DEFENDANT** |

Pursuant to this Court's Order at Docket 19, Plaintiff American Automobile Association ("AAA") hereby advises the court that the Order From Chambers dated February 8, 2006, was delivered to defendant Suk Chang Lee.

Anchorage Messenger Service delivered a copy personally to Mr. Lee at his place of business on 341 Boniface Parkway.  See Affidavit filed on even date herewith which attaches the delivery slip showing personal delivery to Mr. Lee on February 10, 2006, as Exhibit 1.

                                  HUGHES BAUMAN PFIFFNER
                                  GORSKI & SEEDORF, LLC

                                  Attorneys for Plaintiff
                                    American Automobile Association

February 22, 2006                 By:   /s/ Carl Bauman
                                        Carl J.D. Bauman
                                        Alaska Bar No. 7300138
                                        3900 "C" Street, Suite 1001
                                        Anchorage, Alaska  99503
                                        Telephone Number: (907) 274-7522
                                        Facsimile Number:  (907) 263-8320


                                  MCDERMOTT WILL & EMERY LLP
                                  Richard W. Smith, *Pro Hac Vice*
                                  600 13th Street, N.W.
                                  Washington, D.C.  20005

**CERTIFICATE OF SERVICE and FONT**

I hereby certify that the foregoing document, prepared substantively in font Arial 13, was served via US Mail, postage prepaid, on:

Suk Chang Lee
p/d/b/a AAA Auto Body
341 Boniface Pkwy
Anchorage, AK 99504

February 22, 2006.

/s/ Carl Bauman
Carl Bauman

Plaintiff's Notice of Delivery
*AAA v. Chang Lee*
Case No. A05-00059 CV [JWS]        Page 2 of 2