Carl J.D. Bauman
Alaska Bar No. 7310038
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 "C" Street, Suite 1001
Anchorage, AK 99503
Telephone: (907) 274-7522

Richard W. Smith, *Pro Hac Vice*
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, DC  20005
(202) 756-8000

Attorneys for Plaintiff AAA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUK CHANG LEE (d/b/a AAA AUTO BODY & MECHANICAL),<br><br>　　　　Defendant. | Case No. A05-059 CI [JWS]<br><br>**AFFIDAVIT REGARDING DELIVERY OF COURT'S ORDER ON DEFENDANT** |

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　　　Jason Tetpon, a courier for Anchorage Messenger Service, being first duly sworn upon oath, deposes and testifies as follows:

Affidavit
*AAA v. Chang Lee*  /  Case No. A05-00059 CV [JWS]　　　　　　　　　　　　　Page 1 of 2

1.   I personally served this Court's Order at Docket 19, on Suk Chang Lee, at 341 Boniface Parkway at 4:55 p.m., on February 10, 2006. See Exhibit 1 attached hereto.

FURTHER YOUR AFFIANT SAYETH NAUGHT,

_____
Jason Tetpon
Anchorage Messenger Service

THIS IS TO CERTIFY that on the 15th day of February, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Jason Tetpon, a courier with Anchorage Messenger Service, to me known and known to me to be the individual described in and who executed the within and foregoing document freely and voluntarily for the uses and purposes mentioned therein.

GIVEN UNDER MY HAND and official seal the day and year last above written.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 06/17/06

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX