

**Anchorage Messenger Service**
**Alaska Med Stat**
5001 Arctic Blvd, #202
Anchorage, Alaska 99503
T. 907.278.2736
After Hours: 907.751.4483
F. 907.258.4293
Email: info@amsalaska.com
www.anchoragemessenger.com · www.alaskamedstat.com

New Order     Order Trackin

2-10 AC
9:17

Date: 2/10/2006 8:34:06 AM

| Delivery Information | Tracking Number |
|---|---|
| ACC#: 987 | **#147449** |
| **FROM:** HUGHES, BAUMAN, PFIFFNER, GORSKI & SEEDORF, LLC  Linda Vinson  3900 C STREET, Unit 1001  Anchorage   99503 | Client: HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC |

| Service | Pick up Date |
|---|---|
| **1 HOUR RUSH** | 2/10/2006 |

| Delivery Date | Deliver By |
|---|---|
| 2/10/2006 | 09:34 |

| Ordered By | Vehicle |
|---|---|
| Linda G. Vinson | Car |

**SHIP TO:**
AA (AAA) Body Shop
Suk Chang Lee
341 Boniface Parkway
Anchorage   99504

| Packages | Insurance |
|---|---|
|  | NO |

| Weight | COD |
|---|---|
| 0 Lbs | $0.00 |

Reference
8211-3

**Instructions**
Please serve Order and related documents on Suk Chang Lee STAT. Need copy of confirmation of this service back to the office right away. Thank you.

Shipper's Signature: _____

Driver's Number: _____

Consignee's Signature: _____

Time: _____

Name (printed):  *Suk Chang Lee*

Attempted 2-1 9:3
Office locked
No Answer

2/10 7 min wait

Exhibit 1 Page 1 of 1
Case No. A05-59CI (JWS)